**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 5, 2020

[Handwritten annotation: *Case Adj'd to April 22, 2020 at 2:15 pm — time excluded through April 22, in the interest of justice, to facilitate the defense's review of discovery.* 2/5/2020 — signed Colleen McMahon]

The Honorable Colleen McMahon
United States Chief District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Jonathan Skolnick*, 19 Cr. 730 (CM)

Dear Judge McMahon:

[Stamp: MEMO ENDORSED]

The parties in the above captioned matter respectfully request that the conference scheduled for February 6, 2020, at 3:00 p.m. be adjourned until April 22, 2020 at 2:15 p.m., which the parties understand to be a date that is convenient for the Court. The adjournment would allow the Government to continue making recently-obtained evidence available for defense counsel to review and provide defense counsel with time to review that evidence.

The Government respectfully requests that time be excluded under the Speedy Trial Act between February 6, 2020, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/Elizabeth A. Espinosa
Elizabeth A. Espinosa/Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2216/-2198