UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

UNITED STATES OF AMERICA,

    -against-                                      19 Cr. 720 (CM)

JONATHON SKOLNICK,

        Defendant.

———————————————————————x

### ORDER DIRECTING THAT PRISONER BE PRODUCED FOR EMERGENCY PHONE CALL

McMahon, J.:

    For the reasons set forth in the attached letter from Avram C. Moskowitz, counsel for defendant Jonathon Skolnick, it is hereby

    ORDERED, that the Warden at the Metropolitan Correctional Center (MCC) or her designee arrange to advise defendant Jonathon Skolnick of the death of his father; and it is further

    ORDERED that the Warden or her designee arrange for a telephone call between defendant and his brother, Daniel Skolnick, in light of the death of their father; and it is further

    ORDERED that Avram C. Moskowitz provide the necessary contact information to Nicole McFarland, Esq., counsel at the MCC so that said call can be arranged; and it is further

    ORDERED that defendant Skolnick have a legal call with his attorney within the next week.

Dated: April 3, 2020

                                                                       Chief Judge