**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

April 13, 2020

*Case adj to June 24, 2020 at 2:30 — time excluded through June 24, in the interest of justice for the reasons stated by the gov't and with deft's consent.*

4/15/20

**BY ECF**
The Honorable Colleen McMahon
United States Chief District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jonathan Skolnick*, 19 Cr. 730 (CM)

Dear Judge McMahon:

The parties in the above captioned matter respectfully request that the conference scheduled for April 22, 2020, at 2:15 p.m. be adjourned at least 60 days. The adjournment would allow the Government to provide defense counsel with time to conduct an onsite review of additional discovery material that cannot be produced because of the Adam Walsh Child Protection and Safety Act. *See* 18 U.S.C. § 3509(m). This review has been delayed because of the COVID-19 pandemic.

The Government respectfully requests that time be excluded under the Speedy Trial Act between April 22, 2020, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by:   /s/ Rebecca T. Dell
Elizabeth A. Espinosa/Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2216/-2198

cc: Avraham C. Moskowitz, Esq. (By ECF)