# M&B

## MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

MEMO ENDORSED

November 19, 2020

*11/23/20*

*Case Adjourned to January 27, 2020.*
*Time Excluded through January 27,*
*in the interest of justice, to*
*facilitate plea discussions.*

By Email and ECF
Hon. Colleen McMahon
U.S. District Judge
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  United States v. Jonathon Skolnick
     ~~19 Cr. 790(CM)~~
     *19 CR 730 (CM)*

Dear Judge McMahon:

This letter is respectfully submitted on behalf of the parties to request an adjournment of the pre-trial conference currently scheduled to take place on December 2, 2020.

The parties are currently engaged in discussions in an attempt to reach a pretrial disposition. In that regard, the defense has made a voluminous submission to the Government and the Government has advised me that in light of the upcoming holiday season and the logistical difficulties posed by the pandemic, it will require a substantial amount of time to review the submission before formulating its position on a disposition.

In light of the above, the parties believe that it makes sense to adjourn the conference to a date in late January convenient to the Court and the parties, in the hope that by the next date, the parties will have determined whether the case can be resolved without a trial.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Avraham C. Moskowitz

cc; AUSA Elizabeth Espinosa (by email)
    AUSA Rebecca Dell (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/20