Case 1-19-cr-00730-CM-1   Document 30   Filed in NYSD on 04/16/2021   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 16, 2021

MEMO ENDO...

4/19/21

Case adjourned to June 17, 2021 at 11:00 AM + time excluded through June 17, in the interest of justice, to facilitate plea discussions.

/s/ Colleen McMahon

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   ***United States v. Jonathan Skolnick, 19 Cr. 730 (CM)***

Dear Judge McMahon:

The parties in the above captioned matter respectfully request that the conference scheduled for April 28, 2021, be adjourned for approximately 30 days. The adjournment would provide the Government time to complete its review of a submission made by the defendant and for the parties to continue to engage in discussions in an attempt to reach a pretrial disposition. In the event the parties are prepared to proceed sooner, we will promptly advise the Court.

The Government respectfully requests that time be excluded under the Speedy Trial Act between April 28, 2021, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/19/21

by: /s/ Elizabeth A. Espinosa
Elizabeth A. Espinosa/Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2216/-2198

cc: Avraham C. Moskowitz, Esq. (By ECF)