UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA

        v.                                     19 CR 730 (CM)

**<u>ORDER</u>**

Jonathan Skolnick,

        Defendant.
--------------------------------------------------------X

McMahon, J.:

The status conference scheduled for June 17, 2021, has been adjourned. The next status conference will be Wednesday, June 30, 2021, at 11:00 p.m., *via* the CourtCall video conference platform.

This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone but will not be allowed to speak. The public call-in number is 888-363-4749; the access number to be entered when prompted is 9054506. Video or audio recording of the conference is prohibited by law.

June 16, 2021

                                                  Colleen McMahon
                                                  District Court Judge