UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

19 CR 730 (CM)

**AMENDED ORDER***

Jonathan Skolnick,

        Defendant.
-----------------------------------------------------------X

McMahon, J.:

The Court will hold a status conference in this matter on Wednesday, June 30, 2021, at 11:00 p.m., *via* the CourtCall video conference platform.

This will be an open proceeding—the press and the public (including defendant's family members) are welcomed to listen to the proceeding *via* telephone but will not be allowed to speak. The public call-in number is 855-268-7844; the access number to be entered when prompted is 32091812#; and the PIN is 9921299#. Video or audio recording of the conference is prohibited by law.

June 23, 2021

Colleen McMahon
District Court Judge

*Note Change from Order dated June 16, 2021—this order provides the correct public call-in information.