UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

JONATHON SKOLNICK,
           Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/21

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 730 (CM)

Defendant __JONATHON SKOLNICK__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

__X__ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_J. Skolnick/ky acm_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jonathon Skolnick_
Print Defendant's Name

_A. Moskowitz_
Defense Counsel's Signature

_Avraham C. Moskowitz_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_6/30/21_
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge

April 2, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
UNITED STATES OF AMERICA

    -v-

JONATHON SKOLNICK,

               Defendant.
------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

19 -CR- 730 (CM)( )

### Check Proceeding that Applies

____ Arraignment

I have been given a copy of the indictment containing the charges against me and have reviewed it with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the indictment; to have the indictment read aloud to me if I wish; and to enter a plea of either guilty or not guilty before the judge. After consultation with my attorney, I wish to plead not guilty. By signing this document, I wish to advise the court of the following. I willingly give up my right to appear in a courtroom in the Southern District of New York to advise the court that:

    1) I have received and reviewed a copy of the indictment.
    2) I do not need the judge to read the indictment aloud to me.
    3) I plead not guilty to the charges against me in the indictment.

Date: _____
          Signature of Defendant

       _____
       Print Name

____ Bail Hearing

I am applying or in the future may apply for release from detention, or if not detained, for modification of the conditions of my release from custody, that is, my bail conditions. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time that my attorney makes such an application. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to make applications for my release from custody or for modification of the conditions of my release even though I will not be present, and to make such applications in writing or by telephone in my attorney's discretion.

Date: _____
          Signature of Defendant

       _____
       Print Name

 __Conference__

I have been charged in an indictment with violations of federal law. I understand that I have a right to be present at all conferences concerning this indictment that are held by a judge in the Southern District of New York, unless the conference involves only a question of law. I understand that at these conferences the judge may, among other things, 1) set a schedule for the case including the date at which the trial will be held, and 2) determine whether, under the Speedy Trial Act, certain periods of time should be properly excluded in setting the time by which the trial must occur. I have discussed these issues with my attorney and wish to give up my right to be present at the conferences. By signing this document, I wish to advise the court that I willingly give up my right to be present at the conferences in my case for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney be permitted to represent my interests at the proceedings even though I will not be present.

Date: _____  J. Skolnick / by acm
Signature of Defendant

Jonathon Skolnick
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the charges contained in the indictment, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held in my client's absence. I will inform my client of what transpires at the proceedings and provide my client with a copy of the transcript of the proceedings, if requested.

Date: _____  A. Moskowitz
Signature of Defense Counsel

Avraham Moskowitz
Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date: _____  _____
Signature of Defense Counsel

Accepted: [signature] 6/30/21
Signature of Judge
Date:

2