

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 1, 2021

MEMO ENDORSED

11/2/21

OK

[signature: Colleen McMahon]

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Jonathan Skolnick*, 19 Cr. 730 (CM)

Dear Judge McMahon:

The Government writes with the consent of defense counsel to request an adjournment of its deadline to respond to defense motions filed in this matter for approximately 30 days. The parties are engaged in discussions of a potential pretrial resolution of the matter that may obviate the need for motions and the adjournment will provide the parties with additional time for such discussions. In the event the parties are unable to reach a resolution, the Government is assessing next steps that may also moot the defendant's motions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/
Elizabeth A. Espinosa/Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2216/-2198

cc: Avraham C. Moskowitz, Esq. (By ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/21