

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

November 18, 2021    11/29/21

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jonathan Skolnick*, 19 Cr. 730 (CM)

*Handwritten endorsement:* Government's request for a 45-day adjournment of its deadline to respond to defense motions is granted. Case is adj to March 2, 2022 at 3PM, and time is excluded in the interest of justice, with no objection from defendant. /s/ Colleen McMahon

Dear Judge McMahon:

   A status conference is currently scheduled in the above-captioned case on December 6, 2021, and the Government's current deadline to respond to defendant's pretrial motion is December 9, 2021. The parties continue to be engaged in discussions of a potential pretrial resolution of the matter that may obviate the need for motions. Accordingly, with consent of defense counsel, the Government respectfully requests (i) a 45-day adjournment of its deadline to respond to defense motions, and (ii) an adjournment of the December 6, 2021 status conference to a date after that deadline.

   In addition, the Government respectfully requests that time be excluded under the Speedy Trial Act between December 6, 2021 through the date of the next scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: /s/ Rebecca T. Dell
Elizabeth A. Espinosa/Rebecca T. Dell
Assistant United States Attorneys
(212) 637-2216/-2198

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/29/21

cc: Avraham C. Moskowitz, Esq. (By ECF)