UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

      -against-                                        19 CR 730 (CM)

JONATHAN SKOLNICK,

      Defendant.

------------------------------------------------------------x

## SCHEDULING ORDER

McMahon, J.:

    The Court will hold an in-person proceeding in this matter, Wednesday, April 5, 2022, at 12:00 p.m., in courtroom 24A.

Dated: March 24, 2022

_____
District Court Judge