UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────── x

UNITED STATES OF AMERICA,

    -against-                                     19 CR 730 (CM)

JONATHAN SKOLNICK,

    Defendant.

──────────────────────────────── x

## CORRECTED SCHEDULING ORDER

McMahon, J.:

    The Court will hold an in-person proceeding in this matter, Tuesday, April 5, 2022, at 12:00 p.m., in courtroom 24A.

Dated: March 29, 2022

_____
District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/22
```