UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

      - against -

Jonathan Skolnick,

         Defendant

-------------------------------------------------------x

19 CR 730 - 001 (CM)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2022

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting Inc., in the amount of $5,000, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: New York, New York
      7/14/2022

*[signature]*

Honorable Colleen McMahon
Senior U.S. District Judge



# MCC CONSULTING, INC. d/b/a
# The New York Mental Health Group

**Tax ID: 26-3364384;    DUNS #: 080727853**

**Jennifer A. McCarthy, Ph.D.**
**Executive Director**

## INVOICE

July 10, 2022

Re:  *United States of America v. Jonathan Skolnick*
     *Docket # 19 CRIM 730*

*Psychosexual Evaluation & Report*          **$5,000.00**
*Date of Service: May 20, 2022*

Brooklyn Office: 26 Court Street, Suite 702, Brooklyn, NY 11242
Manhattan Office: 100 Church Street, Suite 800, New York, NY 10007
Long Island Office: 171 South Wellwood Avenue, Suite A, Lindenhurst, NY 11757
T: 347-661-9002    F: 347-438-3073