# EXHIBITS A through E REDACTED