# EXHIBIT H

# Metropolitan Correctional Center
## New York, New York

*Jonathan Skolnick*

has satisfactorily completed **8 MONTHS (1000 hours)** as an **INMATE COMPANION** in good standing, and is hereby awarded this certificate as notification of his contributions to the program

On August 7, 2020

_____
Warden

_____
E. Miller, PsyD
Chief Psychologist

_____
J. Avena, PsyD
Clinical Psychologist

# CERTIFICATE *of* APPRECIATION

THIS CERTIFICATE IS PRESENTED TO

## Jonathan Skolnick

IN RECOGNITION OF YOUR DEDICATION AND HARDWORK IN ASSISTING THE EDUCATION DEPARTMENT AS A LIBRARY CLERK. YOUR ASSISTANCE IN HELPING OTHERS ACHIEVE THEIR EDUCATION GOALS IS GREATLY APPRECIATED.

*T. Volpini*

SIGNED, T. Volpini, *Supervisor of Education*

FEBRUARY
2021