# EXHIBIT I

1/26/2020

My name is Vitali Voronjuk and I am an inmate in MCC New York. I wanted to write to you about my good friend and English teacher Jonathan Skolnick.

When I met Jonathan a few months ago I said that my English is very weak and I want to learn more. He immediately offered to sit with me whenever I want. Every day we sit together 45-60 minutes and he teaches me grammar and verbs and how to speak correctly. He refuses to accept any payment for this.

Jonathan is a good and generous friend to me. Sometimes when I do not have money in commissary he helps me and gives me food or clothes. We sit together and talk about life and he is always saying he wants to be a good person and to do better. He prays to God each day many times for being a better person and forgiveness and also he prays for others.

He is always respectful of others, inmates and staff and he keeps all rules of the jail. He is always reading books on being a better person, he takes each class available and volunteers every day for suicide

watch. When I ask him what he wants to do when he will leave jail he always says "Something positive for other peple."

I enjoy spending time with my friend Jonathan and I hope we will meet again outside.

January 25, 2020

My name is Telemaque Lavidas and I am an inmate at MCC, NY. The first person I spoke to when I arrived here several months ago was Jonathan Skolnick. It is the first time for me in jail, I was just separated from my pregnant wife and 1.5 yr old daughter and I was devastated. Unlike everyone else, Jonathan saw that I was overwhelmed and rushed to provide me with the comfort and care I desperately needed. Throughout this period, Jonathan has amazed me with his genuine kindness, dedication and purpose to help people. From his comitment to suicide watch program, to teaching English to inmates from abroad who are unable to cope, to helping inmates learn math for their GED exam, to sharing his commissary with people who lack funds, Jonathan became my role model at MCC. He taught me that there is humanity in jail. His impact on me is powerful. After helping me adjust he spoke to me about God. Jonathan prays multiple times a day to be a better person. His inspiring words helped me reconnect with my Greek Orthodox Christian religion with which I had lost touch and this event gave me incredible power and courage. Thanks to Jonathan I managed to find a sense of purpose at MCC while fighting the biggest challenge of my life. I thank him from the bottom of my heart for it. I wish him best of luck and I hope our lives will cross paths again.

Telemaque Lavidas

Robert Bliss 90864-053
M.C.C. 150 Park Row
New York, N.Y. 10007

To The Honorable
Judge MacMahon
500 Pearl Street
New York, N.Y. 10007

May 11TH, 2021

Dear Your Honor,

I am writing this letter in regards to Jonathan Skolnick #76346-054. My name is Robert Bliss #90864-053, and I am in the M.C.C. with Mr. Skolnick. Since meeting Mr. Skolnick, it has always been a question in the back of my mind, "Why is he in jail?" I ask this because, like so many of us, including myself - we have been in prison before and know the lifestyle. Mr. Skolnick just does not fit in. Don't get me wrong. He is a very nice guy, and very smart. He volunteers by working in the facility library and he helps many with their legal research and/or questions as best as he can. I believe that is why some see that as a weakness. I don't. And I will do anything I can to make sure no one does anything to him. I sleep in the next bed from his, and anytime I do not know something or understand something, I ask him, as most of us do. And the maj-

ority of the time, he knows the answer. If he does not know it, he will look into it and do his best to help anyone.

I know I am just another prisoner, but I know him, and if you were to get to know him, I'm sure you would like him yourself. He is a good person. I know he did wrong, just as he knows he did wrong. And he admitted to me, he regrets it every single day. He has hurt himself and his family. And there is not a day that goes by that he does not wish he can turn the hands of time back, "so I can make a better decision," as he always tells me.

As I stated in the begining of this letter. I know I am just another prisoner, but I am hoping you can find it in your heart to help Mr. Skolnick and let him go home to his country. He has suffered a lot. Between the stress of the pandemic, the gun lock-down, losing family members to COVID 19, and the PREA incident, Mr. Skolnick has suffered a great deal, and I hope and pray you can let him go home, as he is someone that I believe when he says he, "will never committ another crime in his life."

I thank you for your time and any consideration you can give this matter. Thank you!

Respectfully,
Robert Blin